IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DRAKEFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:03cv1201-WHA |
| | ) | (WO) |
| | ) | |
| ALABAMA COOPERATIVE | ) | |
| EXTENSION SYSTEM, | ) | |
| WILLIAM WALKER, and GAINS SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this day granting the Defendants' Motion for Summary Judgment:

Judgment is entered in favor of the Defendants, Alabama Cooperative Extension System at Auburn University, William Walker and Gaines Smith, and against the Plaintiff, Robert Drakeford, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff.

DONE this 6th day of February, 2006.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE