IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT DRAKEFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:03cv1201-WHA |
| ) | |
| ALABAMA COOPERATIVE EXTENSION ) | |
| SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Joint Motion to Continue Certain Deadlines (Doc. #93), it is hereby

ORDERED that the motion is DENIED as moot.

DONE this 6th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE