IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROBERT DRAKEFORD,                        )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )    CIVIL ACTION NO. 3:03cv1201-WHA
                                         )
ALABAMA COOPERATIVE EXTENSION            )
SYSTEM, et al.,                          )
                                         )
                    Defendants.          )

## **ORDER**

This case is before the court on the Motion to Strike Portions of the Affidavit of Robert Drakeford (Doc. #91), filed by the Defendants.  The court has considered the motion and the Plaintiff's Response to Motion (Doc. #99) in determining the relevance of such portions to the issues involved in the Motion for Summary Judgment and to the weight to be given to them.  It is hereby

ORDERED that the Motion to Strike is DENIED.

DONE this 6th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE