IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT DRAKEFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:03cv1201-WHA |
| ) | |
| ALABAMA COOPERATIVE EXTENSION ) | |
| SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In view of the court's holding that the matter involving the written reprimand is outside the scope of the pleadings in this case, it is hereby

ORDERED that the Motion to Strike Affidavit of James L. Smith (Doc. #92) is DENIED as moot.

DONE this 6th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE